IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02903-RPM

RANDY PORCO,

    Plaintiff,
v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,

    Defendant.

_____

### ORDER FOR FILING AMENDED COMPLAINT
_____

On November 2, 2011, the plaintiff filed a motion to amend complaint and tendered an amended complaint with the motion. The defendant filed a response on November 16, 2011, objecting to the motion and the plaintiff filed a reply on December 5, 2011. Upon review of these pleadings, it is

ORDERED that the motion is granted and the amended complaint tendered November 2, 2011, is filed.

DATED: December 9th, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge