IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02903-RPM

RANDY PORCO,

    Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court pursuant to Plaintiff's Unopposed Motion to Amend Complaint. The Court having considered the papers and records on file herein, and being fully advised,

    IT IS HEREBY ORDERED that Plaintiff shall serve his Second Amended Complaint within 10 days from the date of this order, and Defendant shall have 14 days thereafter in which to file an amended answer.

    Dated: June 4th, 2012

                                                                  **BY THE COURT:**

                                                                  **s/Richard P. Matsch**

                                                                  _____

                                                                  Richard P. Matsch, Senior District Judge