IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02903-RPM

RANDY PORCO,

      Plaintiff,
v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,

      Defendant.

_____

### ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **November 13, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

FURTHER ORDERED that a trial preparation conference is set for **October 26, 2012, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   July 18th, 2012

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge