IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02903-RPM

RANDY PORCO

      Plaintiff

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.

      Defendants

## ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the *Stipulation for Dismissal* of Plaintiff Randy Porco and Defendant San Luis & Rio Grande Railroad, Inc. ("SLRG"), [50] filed November 19, 2012, it is

ORDERED that the above-captioned action and Complaint against Defendant SLRG is dismissed with prejudice, each party to pay their own attorneys fees and costs in this action.

Dated this 20th day of November, 2012

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior Judge